# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GODFREY W. NKOJO, )<br><br>Petitioner, )<br><br>v. )<br><br>KIRSTJEN M. NIELSEN,<br>Secretary of Homeland Security, )<br>THOMAS HOMAN, )<br>Acting Director, Immigration and Customs )<br>Enforcement )<br>REBECCA ADDUCCI, )<br>Acting Field Office Director, )<br>Immigration and Customs Enforcement, )<br>Enforcement and Removal Office )<br>Boston Field Office )<br>ANTONE MONIZ, )<br>Superintendent, Plymouth County House of )<br>Corrections )<br>JOSEPH D. McDONALD, JR., )<br>Sheriff of Plymouth County ) | Civil Action No. 18-11401-MLW |

## ASSENTED-TO MOTION TO DISMISS HABEAS PETITION

On July 3, 2018, Mr. Nkojo, the petitioner, filed this habeas petition after he was arrested and detained by the Respondents. At that time, he was subject to a final order of deportation, and a motion to reopen his deportation proceedings was pending with the Board of Immigration Appeals. The Board of Immigration Appeals recently granted Mr. Nkojo's motion to reopen; thus, he is no longer subject to a final order of deportation. Based on these developments, Mr. Nkojo moves this Court to dismiss his habeas petition.

ALLOWED
WOU, DJ
May 31, 2019

1